EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 137 |
| Miguel E. Miranda Gutiérrez | 216 DPR ___ |

Número del Caso:  TS-8,092

Fecha:  12 de diciembre de 2025

Representante legal del peticionario:

     Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Miguel E. Miranda Gutiérrez            TS-8,092

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de diciembre de 2025.

Evaluada la *Moción en cumplimiento de orden* presentada por el Sr. Miguel E. Miranda Gutiérrez el 14 de noviembre de 2025, se ordena la reinstalación del licenciado Miranda Gutiérrez en el ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA).

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo